[No. 56941-4-I.   Division One.   July 9, 2007.]

THE STATE OF WASHINGTON, *Appellant*, v. BARRY MURAWSKI, *Respondent*.

The opinion in the above captioned case, which appeared in the advance sheets at 139 Wn. App. 587-99, has not been published in this permanent bound volume pursuant to an order of the Court of Appeals dated December 24, 2007 denying reconsideration, withdrawing the opinion, and substituting a new opinion. See 142 Wn. App. 278.

---

[25] *Id.* at 183.